**File Hashes for IP Address 68.33.33.122**

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/10/2013 01:21:35 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 04/10/2013 01:20:00 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |
| 04/10/2013 01:19:44 | 8703E222540294A3D0580285C1CD3750F76A60DC | Pretty Babies |
| 04/10/2013 01:16:42 | 208268E705D3EE3BC314A67CCA68FD2CD3C6FFC1 | Apartment Number Four |
| 02/02/2013 22:37:42 | 5997B9E42F81D46B0CFF63705211D5B8C5C543F6 | Seeing Double |
| 02/02/2013 21:51:25 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 01/13/2013 21:28:44 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/13/2013 21:22:15 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 01/13/2013 21:21:23 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

DC53