**Expanded Surveillance of IP Address 68.33.33.122**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Hit Date UTC | Filename |
|---|---|
| 05/11/2013 | Top Gun 1986 1080p 3D HSBS BluRay x264 DTS vice |
| 05/11/2013 | IMAX.Bugs.A.Rainforest.Adventure.3D.2003.1080p.BluRay.Half-SBS.x264-CHD3D [Public3D] |
| 05/11/2013 | Texas Chainsaw 3D (2013) [1080p] |
| 05/11/2013 | Amy Diamond - What's In It For Me (Live Rix FM-Festival 2006).avi |
| 05/11/2013 | Iron Man 3 2013 R6 720p x264 AC3 - TODE |
| 05/05/2013 | Cirque.Du.Soleil.Worlds.Away.3D.2012.1080p.BluRay.Half-SBS.x264-Public3D |
| 05/04/2013 | 21 And Over 2013 720p WEBRip x264 AC3-JYK |
| 05/04/2013 | Safe Haven (2013) |
| 05/04/2013 | Parker (2013) |
| 04/22/2013 | Jurassic.Park.3D.1993.1080p.BluRay.Half-SBS.x264-ThD [Public3D] |
| 04/21/2013 | [ www.Torrenting.com ] - National.Geographic.Chasing.Ice.720p.HDTV.x264-DHD |
| 04/21/2013 | Killing.Them.Softly.2012.1080p.BluRay.x264.anoXmous |
| 04/21/2013 | [ www.Speed.Cd ] - Movie.43.2013.R5.x264.LINE-Riding High |
| 04/21/2013 | My Brother The Devil (2012) Limited BRRip XviD-MERCuRY |
| 04/21/2013 | Eden.2012.BluRay.1080p.x264-MySiLU [PublicHD] |
| 04/19/2013 | The Host 2013 720p HDRip x264 AC3-JYK |
| 04/10/2013 | X-Art - Featherlight - Alice [1080p].mp4 |
| 04/10/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 04/10/2013 | X-Art - Pretty Babies - Lexi Belle, Mia Malkova [1080p].mp4 |
| 04/10/2013 | Camel - Moonmadness |
| 04/10/2013 | Jack.reacher.2013.R6.720p.Clean.Audio.X.264.Tommiecook |
| 04/10/2013 | X-Art - Mad Passion - Kaylee [720p].mp4 |

EXHIBIT C

DC53

| Hit Date UTC | Filename |
|---|---|
| 03/27/2013 | The.Hobbit.An.Unexpected.Journey.2012.3D.1080p.Bluray.H-SBS.x264-zman [Public3D] |
| 03/24/2013 | Red Dawn (2012) |
| 03/24/2013 | End of Watch (2012) |
| 03/18/2013 | Tyson.2008.720p.BluRay.x264-AVS720 [PublicHD].mkv |
| 03/18/2013 | Mike Tyson - Complete Career 1981-2006 |
| 03/15/2013 | My Fellow Americans (1996) |
| 03/12/2013 | The Lucky One (2012) DVD-Rip XViD -{1337x} |
| 03/07/2013 | A film about Jimi Hendrix [High quality and size].avi |
| 03/07/2013 | Bozhe_blagoslovi_Ameriku_2011_HDRip_AVC.mkv |
| 03/07/2013 | SoundCity_1080p.mp4 |
| 02/18/2013 | Safety Not Guaranteed [2012] 720p BRRip H264-ETRG |
| 02/17/2013 | The Master (2012) [1080p] |
| 02/17/2013 | The Imposter 2012 HDRip XViD-PLAYNOW |
| 02/17/2013 | Compliance.2012.LIMITED.BDRip.XviD-SPARKS |
| 02/17/2013 | The.House.I.Live.In.2012.720p.WEB-DL.AAC2.0.H.264-BS [PublicHD] |
| 02/17/2013 | Killer.Joe.2011.1080p.BluRay.x264.anoXmous |
| 02/17/2013 | Skyfall (2012) [1080p] |
| 02/17/2013 | The Full Cupboard of Life |
| 02/16/2013 | Argo (2012) |
| 02/09/2013 | BBC.One.Life.2011.1080p.BluRay.x264.DTS-HDChina [PublicHD] |
| 02/03/2013 | x-art_gianna_addison_seeing_double__1080.mov |
| 02/03/2013 | Fuck My Mom And Me 19 (2013) XXX DVDRip |
| 02/02/2013 | di11229_1500.mp4 |
| 02/02/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 02/02/2013 | x-art_kristen_working_out_together_720.wmv |
| 02/02/2013 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |

EXHIBIT C

DC53

| Hit Date UTC | Filename |
|---|---|
| 01/16/2013 | [ www.Torrenting.com ] - Silver.Linings.Playbook.2012.DVDSCREENER.XviD-DEYA |
| 01/14/2013 | X-Art (2012) 1080p |
| 01/13/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 01/13/2013 | Attenborough.60.Years.In.The.Wild.S01E02.HDTV.x264-FTP.mp4 |
| 01/13/2013 | College Rules - Who Can Make The Best Sex Tape HD 720p |
| 01/13/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/13/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 01/13/2013 | Attenborough.60.Years.In.The.Wild.S01E01.HDTV.x264-FTP.mp4 |
| 01/13/2013 | Attenborough.60.Years.In.The.Wild.S01E03.HDTV.x264-C4TV.mp4 |
| 01/13/2013 | Sage Francis |
| 01/08/2013 | [ www.Torrenting.com ] - Django Unchained 2012 DVDSCR x264 AAC-BiGKATS V2 |
| 01/08/2013 | Collegerules - The Sisterhood is Calling [720p].mp4 |
| 12/28/2012 | Exclusive Teen Porn - Amazing Teen Porn HD 720p |
| 12/27/2012 | Lawless (2012) [1080p] |
| 12/26/2012 | The Bourne Legacy (2012) |
| 12/05/2012 | Looper 2012 DVDRip AC3 XViD-RemixHD |
| 12/01/2012 | Ted.2012.720p.BRRip.XviD.AC3-ViSiON |
| 11/30/2012 | 21 Jump Street 2012 R5 NEW LiNE XViD - INSPiRAL |
| 11/23/2012 | The Wire Season 3 |
| 11/23/2012 | The Wire Season 3 |
| 11/23/2012 | Intouchables.2012.AVI.720p.{Th3Sp3cialist} |
| 11/22/2012 | CLOUD ATLAS (Audiobook) |
| 10/25/2012 | Homeland S02E04 HDTV x264 + Subtitles [GlowGaze] |
| 10/19/2012 | Beacon -  Two Door Cinema Club |
| 10/18/2012 | Homeland S02E03 HDTV x264 + Subtitles [GlowGaze] |
| 10/18/2012 | Homeland S02E02 HDTV x264 + Subtitles [GlowGaze] |

EXHIBIT C

DC53

| Hit Date UTC | Filename |
|---|---|
| 10/17/2012 | Hands All Over |
| 10/17/2012 | The Hunger Games - 2012 English DVDrip-TA |

| Hit Date UTC | Filename | EXHIBIT C |
|---|---|---|
| DC53 | | |