**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                 Civil Action No. 1:13-cv-00806-BAH

JOHN DOE, subscriber assigned IP
address 68.33.33.122,

    Defendants.

                                                  /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 68.33.33.122. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 3, 2013

                                                  Respectfully submitted,

                                                  By:    /s/ *Jon A. Hoppe*
                                                  Jon A. Hoppe, Esquire
                                                  jhoppe@mhhhlawfirm.com
                                                  MADDOX, HOPPE, HOOFNAGLE &
                                                  HAFEY, L.L.C.
                                                  1401 Mercantile Lane #105
                                                  Largo, Maryland 20774
                                                  Phone: 301-341-2580
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By:  /s/ *Jon A. Hoppe*_____
                                                    Jon A. Hoppe